IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

COREY TURNER                                                                                         PLAINTIFF

vs.                                         Case No. 6:11-cv-6081

DREAM REDDIC YOUNG, Administrator,
CMS/Corizon, Ouachita River Unit (ORU), Arkansas
Department of Correction; MS. WATSON, CMS/
Corizon, ORU; NURSE LOCK, CMS/
Corizon, ORU; NURSES JANE DOES 1-3,
CMS/Corizon, ORU; and SECURITY OFFICER
ALMO, ORU                                                                                          DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 23, 2012 by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Marschewski recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. Specifically, Plaintiff has not submitted the required *in forma pauperis* (IFP) application and has not responded to the Court's show cause order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED**, this 26th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge